UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-22230-CIV-ALTONAGA/Goodman

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**, *et al.*,

      Plaintiffs,
v.

**ROBERTO GARCIA**, *et al.*,

      Defendants,
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with **Stanford Blake** on **October 31, 2018**, **at 10:00 A.M**. at 2 Grove Isle Drive, Miami, Florida 33133.  The parties are reminded that a report of the mediation is due within seven (7) days of the mediation conference.

**DONE AND ORDERED** in Miami, Florida, this 7th day of August, 2018.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record