## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-22230-CIV-ALTONAGA/Goodman

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *et al.*,

      Plaintiffs,

v.

ENRIQUETA BLANCO, GEORGE FELIPE,
FELIPE FAMILY IRREVOCABLE SPECIAL
NEEDS TRUST, ODALYS FELIPE, ROBERTO
GARCIA, ANISIA and D FAMILY CORP., R & D
FAMILY CORP., and DUNYA FELIPE a/k/a
DUNIA FELIPE,

      Defendants,
_____/

### **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Please take notice that Plaintiffs, State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, hereby dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

[Remainder of Page Intentionally Left Blank]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF Electronic Noticing to those parties registered to receive electronic noticing in this case on August 17, 2018.

          Respectfully Submitted,

          **SHRAIBERG, LANDAU & PAGE, P.A.**
          Attorneys for Plaintiffs
          2385 NW Executive Center Drive, Suite 300
          Boca Raton, Florida 33431
          Telephone: 561-443-0800
          Facsimile: 561-998-0047
          Email:  plandau@slp.law
          Email:  pdorsey@slp.law

By:  */s/ Philip J. Landau*
                Philip J. Landau, Esq.
                Fla. Bar. No. 0504017
                Patrick Dorsey, Esq.
                Fla. Bar. No. 0085841